UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

RED ROCK SERVICES CO, LLC,                  :    Case No. 07-21572REF

      Debtor                            :

-------------------------------------------------

ROBERT H. HOLBER, Esquire,                  :

Chapter 7 Trustee                           :

      Plaintiff                         :

      v.                                :    Adversary No. 09-2112

SUFFOLK CONSTRUCTION                         :

COMPANY, INC.,                              :

      Defendant                         :

# <u>ORDER</u>

AND NOW, this 30 day of August, 2012, upon the findings of fact, conclusions of law, and discussion in the accompanying Memorandum Opinion, and upon my anticipation that the parties intend to press for attorneys' fees pursuant to the language of their respective contracts,

IT IS HEREBY ORDERED that I find and conclude that the relief and damages described in the accompanying Memorandum Opinion result in the net recovery of $304,707.63 damages in favor of Trustee.

IT IS FURTHER ORDERED that the parties in this adversary

proceeding shall have until September 21, 2012, to file their pleadings asserting
their respective rights to recover attorneys' fees as part of their damages in this
dispute, whereupon, I will set the issue of attorneys' fees for pre-trial procedures
and a hearing at the next available dates.

IT IS FURTHER ORDERED that my final judgment in this adversary
proceeding will be entered upon final resolution of the attorneys' fees issue.

BY THE COURT

Richard E. Fehling
United States Bankruptcy Judge