UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: RED ROCK SERVICES CO., LLC, : | Case No. 07-21572REF |
| Debtor : | Chapter 7 |

| | |
|---|---|
| ROBERT H. HOLBER, Chapter 7 : | |
| Trustee of RED ROCK SERVICES : | |
| CO., LLC, : | |
| Plaintiff : | |
| v. : | Adv. No. 09-2112 |
| SUFFOLK CONSTRUCTION : | |
| COMPANY, INC., : | |
| Defendant : | |

# **ORDER**

AND NOW, this 15 day of March, 2013, upon the findings of fact, the conclusions of law, and the analysis of both in the accompanying Memorandum Opinion entered of even date herewith,

IT IS HEREBY ORDERED that Plaintiff, Trustee's Motion To Amend Order Under Fed R. Bankr. Proc. 9024 is GRANTED.

IT IS FURTHER ORDERED that Defendant, Suffolk's Cross Motion To Amend Memorandum and Order is DENIED.

IT IS FURTHER ORDERED that Plaintiff, Trustee's damages for Defendant, Suffolk's breach of the Silo Point subcontract are HEREBY increased by $135,452.

IT IS FURTHER ORDERED that JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF, TRUSTEE, AND AGAINST DEFENDANT, SUFFOLK, in the amount of $1,292,361.46 on the Silo Point subcontract.

IT IS FURTHER ORDERED THAT DEFENDANT, SUFFOLK, may offset the $852,201.83 it is owed by Plaintiff, Trustee against the $1,292,361.46 it owes to Plaintiff, Trustee, resulting in a net recovery of $440,159.63 in favor of Plaintiff, Trustee.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge